UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In Re   Maywood Capital, Inc.,

                Debtor
----------------------------------------------------------x
John S. Pereira, as Chapter 11 Trustee of
917 Eagle Avenue Realty Corp.,

                Plaintiff,

    -v-                                          No.  07 Civ. 3128 (LTS)(AJP)

Jay Irgang, Mark Irgang, Oril Irgang and
Bodden Funding Corp.,

                Defendant(s).

----------------------------------------------------------x
John S. Pereira, as Chapter 11 Trustee of
243 East 118th St. Realty Corp.

                Plaintiff,

    -v-                                          No.  07 Civ. 3137 (LTS)

Bodden Funding Corp., Jay Irgang,
Mark Irgang, Oril Irgang,

                Defendant(s).

----------------------------------------------------------x
John S. Pereira, as Chapter 11 Trustee of
121 West 122nd Street Corp.,

                Plaintiff,

    -v-                                          No.  07 Civ. 3138 (LTS)

Bodden Funding Corp., Jay Irgang,
Mark Irgang, Oril Irgang

                Defendant(s).

----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 21 2007

```
-------------------------------------------------------x
John S. Pereira, as Chapter 11 Trustee of
65-67 East 125th Street Realty Corp.,

                    Plaintiff,

        -v-                                                  No. 07 Civ. 3139 (LTS)

Bodden Funding Corp., Jay Irgang,
Mark Irgang, Oril Irgang

                    Defendant(s).
-------------------------------------------------------x
John S. Pereira, as Chapter 11 Trustee of
148 West 124th Street Realty Corp.,

                    Plaintiff,

        -v-                                                  No. 07 Civ. 3140 (LTS)

Bodden Funding Corp., Jay Irgang,
Mark Irgang, Oril Irgang

                    Defendant(s).
-------------------------------------------------------x
John S. Pereira, as Chapter 11 Trustee of
6 East 132nd Street Apartments Corp.,

                    Plaintiff,

        -v-                                                  No. 07 Civ. 3161 (LTS)

Bodden Funding Corp., Jay Irgang,
Mark Irgang, Oril Irgang

                    Defendant(s).
-------------------------------------------------------x
John S. Pereira, as Chapter 11 Trustee of
77 East 125th Street Realty LLC,

                    Plaintiff,

        -v-                                                  No. 07 Civ. 3162 (LTS)

Bodden Funding Corp., Jay Irgang,
Mark Irgang, Oril Irgang

                    Defendant(s).
-------------------------------------------------------x
```

------------------------------------------------------------x
John S. Pereira, as Chapter 11 Trustee of
27 East 131st Realty Corp.,

                Plaintiff,

-v-                                                         No. 07 Civ. 3163 (LTS)

Bodden Funding Corp., Jay Irgang,
Mark Irgang, Oril Irgang

                Defendant(s).
------------------------------------------------------------x
John S. Pereira, as Chapter 11 Trustee of
79 East 125th Street Realty LLC,

                Plaintiff,

-v-                                                         No. 07 Civ. 3164 (LTS)

Bodden Funding Corp., Jay Irgang,
Mark Irgang, Oril Irgang

                Defendant(s).
------------------------------------------------------------x
John S. Pereira, as Chapter 11 Trustee of
18 West 129th Street Corp.,

                Plaintiff,

-v-                                                         No. 07 Civ. 3165 (LTS)

Bodden Funding Corp., Jay Irgang,
Mark Irgang, Oril Irgang

                Defendant(s).
------------------------------------------------------------x

## ORDER

        Each of the above cases, in which motions to withdraw the bankruptcy reference has been filed, has been transferred to the undersigned. The motions are said to be substantively identical and the subject matter of the underlying cases similar.

        In order to facilitate the coordination of the resolution of the related matters, it is hereby

ORDERED as follows:

### A. CONSOLIDATION

1. The above-captioned cases are consolidated for purposes of adjudication of the pending motions and coordination of any further proceedings, under the title <u>In Re Bodden Mortgage Litigation -</u> Master File No. 07 Civ. 3128 (LTS).

2. No action taken hereunder shall have the effect of making any person, firm or corporation a party to any action in which the person or entity has not been named, served, or added as such in accordance with the Federal Rules of Civil Procedure.

### B. MASTER DOCKET AND SEPARATE ACTION DOCKETS

3. A Master Docket is hereby established for the consolidated proceedings in the actions consolidated herein (the "Consolidated Actions"). Entries in said Master Docket shall be applicable to the Consolidated Actions, and entries shall be made therein in accordance with the regular procedures of the Clerk of this Court, except as modified by this Order.

4. When a pleading is filed and the caption pursuant to this Order, shows that it is applicable to "All Actions", the parties shall electronically file such pleading pursuant to this Court's Guidelines and Amended Instructions for Electronic Case Filing.

### C. MASTER FILE AND SEPARATE ACTION FILES

5. A Master File is hereby established for the consolidated proceedings in the Consolidated Actions.

The Master File shall be Civil Action No. 07 Civ. 3128 (LTS). The original of this Order shall be docketed by the Clerk of Court in the Master File herein established.

6. The Clerk shall maintain a separate file for each of the Consolidated Actions, and filings shall be made therein in accordance with the regular procedures of the Clerk of this Court except as modified by Section B of this Order. The Clerk shall docket a copy of this Order in each such separate file. Once the Clerk has docketed this Order, counsel of record in each of the Consolidated Actions will receive a Notice of Electronic Filing.

### D. CAPTIONS

7. Every pleading filed in the Consolidated Action, and in any separate action included therein, shall bear the following caption:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re: Maywood Capital, Inc.,
                Debtor
-------------------------------------------------------x
In re: Bodden Mortgage Litigation         MASTER FILE

                                          07 Civ. 3128 (LTS)

This Document Relates To:



-------------------------------------------------------x
```

8. When a pleading is intended to be applicable to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption. When a pleading is intended to apply to fewer than all of such actions, the docket number for each individual action to which it is intended to apply and the name of the plaintiff in said action shall

appear immediately after the words "This Document Relates To:" in the caption.

### E. FILING AND DOCKETING

9. When a paper is filed and the caption shows that it is applicable to "All Actions," the parties shall electronically file such paper pursuant to this Court's Guidelines and Amended Instructions for Electronic Case Filing in the Master File Only. No docket entries shall be made to each separate action.

10. When a paper is electronically filed and the caption shows that it is applicable to fewer than "All Actions", the parties shall electronically file such paper pursuant to this Court's Guidelines and Amended Instructions for Electronic Case Filing in the Master File and each separate action to which it applies.

### F. SCHEDULE

11. Plaintiff shall file and serve his opposition to the pending withdrawal motions by May 31, 2007. Any reply papers shall be served and filed by June 8, 2007.

SO ORDERED:

Dated:  New York, New York
        May 18, 2007

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　United States District Judge