UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re: MAYWOOD CAPITAL CORP.,

                        Debtor.
---------------------------------------------------------x
In re: BODDEN MORTGAGE LITIGATION

    This Document Relates To:                  Master File: 07 Civ. 3128 (LTS)

    ALL ACTIONS.
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2007, I electronically filed the (i) *AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE BODDEN DEFENDANTS' MOTION FOR AN ORDER DETERMINING THESE ACTIONS TO BE NON-CORE AND WITHDRAWING THE REFERENCE* **(CP#3); and** (ii) *PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE BODDEN DEFENDANTS' MOTION FOR AN ORDER DETERMINING THESE ACTIONS TO BE NON-CORE AND WITHDRAWING THE REFERENCE* **(CP #4)** (collectively the "Documents") with the Clerk of the District Court using the CM/ECF system.

**I FURTHER CERTIFY** that on May 31, 2007, I sent (i) via electronic mail the Documents to Laurence May, Esq., Counsel for Defendants (lm@coleschotz.com) and (ii) via hand-delivery this 1st day of June, 2007 upon:

Laurence May, Esq.
Leo Layva, Esq.
Cole Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022-4728

Dated: June 1, 2007                                          *s/Reyko E. Delpino*_____
                                                                    Reyko E. Delpino

{00261323.DOC;}