UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  Maywood Capital, Inc., <br><br> Debtor. <br> In re: <br><br> Bodden Mortgage Litigation <br><br> This Document Relates To:  All Actions. | Master File: 07 Civ. 3128 (LTS) <br><br> **RULE 7.1 DISCLOSURE OF BODDEN FUNDING CORP.** |

As required by Federal Rule of Civil Procedure 7.1, Bodden Funding Corp. ("Bodden"),

a defendant in this case, provides the following information to the court:

Bodden, is not owned by any other parent corporation and no publicly held corporation

owns 10% or more of the stock of Bodden.

DATED:  New York, New York
        June 8, 2007

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation

By:___*/s/ Laurence May*_____
      Laurence May, Esq. (LM – 9714)
      Leo V. Leyva, Esq. (LL –9061)
      Greg A. Friedman, Esq. (GF – 4506)
900 Third Avenue
16th Floor
New York, New York 10022
(212) 752-8000

42232/0001-3106111v1