**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th floor
New York, NY 10022-4728
(212) 752-8000
(212) 752-8393 Facsimile
Laurence May, Esq. (LM-9714)
Leo V. Leyva, Esq. (LL-9061)
Greg A. Friedman, Esq. (GF-4506)
Attorneys for Defendant, Bodden Funding Corp.,
Jay Irgang, Mark Irgang and Orli Irgang

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: MAYWOOD CAPITAL, INC., <br><br>         Debtor. <br> In re: <br> BODDEN MORTGAGE LITIGATION <br><br> This Document Relates To:  All Actions. | Master File No.: 07 Civ. 3128 (LTS) |

### AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF NEW YORK           )

WILLIAM MONGE, being duly sworn deposes and says:

Deponent is not a party to this proceeding, is over 18 years of age and resides at Brooklyn, New York.

On June 13, 2007 Deponent served Reply Memorandum Of Law Of Bodden Funding Corp., Jay Irgang, Mark Irgang And Orli Irgang In Further Support Of Motion For An Order

42232/0001-3106160v1

Determining Certain Adversary Proceedings To Be Non-Core Proceedings And Withdrawing The Reference, upon:

> John P. Campo, Esq.
> John S. Kinzey, Esq.
> Dreier LLP
> 499 Park Avenue
> New York, NY 10022

by first class mail, by depositing a true copy of same in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
William Monge

Sworn to before me
this 13th day of June, 2007

_____
Notary Public

Nolan E Shanahan
Notary Public, State of NY
No. 02SH5050730
Qualified in New York County
Commission Expires 10/16/09

42232/0001-3106160v1