UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re: Maywood Capital, Inc.,
                Debtor
-------------------------------------------------------x
In re: Bodden Mortgage Litigation      MASTER FILE

                                                                         07 Civ. 3128 (LTS)

This Document Relates To: ALL ACTIONS


-------------------------------------------------------x

### ORDER

       The Court will hold oral argument in the above-captioned matter on July 26, 2007, at 9:15 a.m. in Courtroom 17C. Each side will be allotted fifteen (15) minutes for argument.

       SO ORDERED.

Dated: New York, New York
           July 11, 2007

                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 11 2007